IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASKIA ASHANTI, aka,
LORENZO CUNNINGHAM,

        Plaintiff,                    2:06-cv-0989-GEB-GGH-P

    vs.

CALIFORNIA MEDICAL FACILITY, et al.,

        Defendants.         ORDER

_____/

        On July 7, 2006, plaintiff filed objections to the magistrate judge's order filed

June 26, 2006, denying plaintiff's request to proceed in forma pauperis.  The court construes

plaintiff's objections as a request for reconsideration of the June 26, 2006, order.

        Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld

unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that

/////

/////

/////

/////

/////

1

1   it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

2              Therefore, IT IS HEREBY ORDERED that:

3              1.  Upon reconsideration, the order of the magistrate judge filed June 26, 2006, is

4   affirmed;

5              2.  Plaintiff's is granted thirty days from the date of this order to pay the filing fee.

6   Dated:  July 14, 2006

7

8                                             /s/ Garland E. Burrell, Jr.
                                              GARLAND E. BURRELL, JR.
                                              United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26