IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASKIA ASHANTI, aka,
LORENZO CUNNINGHAM,

     Plaintiff,                2:06-cv-0989-GEB-GGH-P

  vs.

CALIFORNIA MEDICAL FACILITY, et al.,

     Defendants.       ORDER

_____/

        On July 17, 2006, the court denied plaintiff's request for reconsideration of the magistrate judge's order filed June 26, 2006, denying plaintiff's request to proceed in forma pauperis. The court granted plaintiff thirty days to pay the filing fee.

        On August 30, 2006, plaintiff filed a request for reconsideration of the July 17, 2006, order. Plaintiff's request for reconsideration is without merit.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 30, 2006, request for reconsideration is denied;

/////

/////

/////

1

1  2. Plaintiff is granted thirty days from the date of this order to pay the filing fee;
2  failure to comply with this order will result in the recommendation of dismissal of this action.
3  Dated: September 18, 2006

```
                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```